UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIM FITZPATRICK,<br><br>Defendant. | CIVIL ACTION No.<br><br>**04-40168** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which is publicly traded.

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

|  |  |
|---|---|
| DATED: 8/25/04 | CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; ARISTA RECORDS, INC.; BMG MUSIC; SONY MUSIC ENTERTAINMENT INC.; and UMG RECORDINGS, INC.<br><br>By their attorneys,<br><br>By: _____<br>Colin J. Zick (BBO No. 556538)<br>Gabriel M. Helmer (BBO No. 652640)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Phone: (617) 832-1000<br>Fax:    (617) 832-7000 |

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

2