AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL CASE

CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

CASE NUMBER:

**04-40168 FDS**

V.

JIM FITZPATRICK

TO:
JIM FITZPATRICK
549 Grove St., Apt. 2
Worcester, MA 01605

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                              8/25/04

CLERK                                                                  DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/02/2004

I hereby certify and return that on 09/01/2004 at 03:16pm I served a true and attested copy of the Summons, Complaint for Copyright infringement, Notice to Defendant, Exhibits A and B in this action in the following manner: To wit, by leaving at the last and usual place of abode of JIM FITZPATRICK at 549 GROVE ST #2, WORCESTER, MA and by mailing first class mail to the above address on 09/02/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff. Kenneth R Hannam

*Deputy Sheriff*

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                          Signature of Server

                                         _____
                                         Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.