UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-40168FDS

CAPITAL RECORDS, INC., a Delaware )
Corporation; WARNER BROS. RECORDS, INC., )
a Delaware Corporation; ARISTA RECORDS, )
INC., a Delaware Corporation; BMG MUSIC, a )
New York general partnership; SONY MUSIC )
ENTERTAINMENT INC., a Delaware Corporation;)
and UMG RECORDINGS, INC., a Delaware )
Corporation, )
)
Plaintiffs, )
)
v. )
)
JIM FITZPATRICK )
Defendant )
)

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned counsel and defendant affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation;

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4

DATED: 11/29/04

James Fitzpatrick
Defendant

1

By his attorney,

Michael T. Gaffney
B.B.O. No.: 65195
390 Main Street, Suite 543
P.O. Box 2896
Worcester, MA 01613
(508) 770-1007

2

## CERTIFICATE OF SERVICE

I, Michael T. Gaffney, Esq., do hereby certify that a true copy of the above document, namely the defendant's certification pursuant to LR 16.1, was served via first-class mail, to Attorneys Colin J. Zick, Gabriel M. Helmer, Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210-2600.

Dated: December 1, 2004

_____
Michael T. Gaffney, Esq.