UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware Corporation; WARNER BROS. RECORDS, INC., a Delaware Corporation; ARISTA RECORDS, INC., a Delaware Corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT, INC., a Delaware Corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>JIM FITZPATRICK,<br><br>        Defendant. | CIVIL ACTION No. 04-CV-40168 FDS |

## **CERTIFICATE OF TIMOTHY E. CONGROVE**

Pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, I, Timonthy E. Congrove, hereby certify as follows:

    1.    I am a partner at the firm of Shook Hardy & Bacon LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108.

    2.    I have been admitted to practice in the following jurisdictions:

        a.  Supreme Court of Missouri

        b.  Supreme Court of Kansas

        c.  United States District Court for the Western District of Missouri

        d.  United States District Court for the Eastern District of Missouri

        e.  United States District Court for the District of Kansas

        f.  United States Court of Appeals for the Fifth Circuit.

4.  I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

5.  I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me as a member of the bar in any jurisdiction.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of June, 2005.

By: _____
Timothy E. Congrove