UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAPITOL RECORDS, INC., a Delaware Corporation; WARNER BROS. RECORDS, INC., a Delaware Corporation; ARISTA RECORDS, INC., a Delaware Corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT, INC., a Delaware Corporation; and UMG RECORDINGS, INC., a Delaware corporation,

Plaintiffs,

v.

JIM FITZPATRICK,

Defendant.

CIVIL ACTION No. 04-CV-40168 FDS

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant, Jim Fitzpatrick, and moves for summary judgment.

Defendant, Jim Fitzpatrick, submits herewith his Statement of Undisputed Facts and Statement of Legal Elements and Brief in support.

June 11, 2005

THE DEFEDANT,
by his attorney,

Michael T. Gaffney, Esq.
BBO# 651957
390 Main Street, Suite 543
Worcester, MA 01608
(508) 770-1007