# EXHIBIT A



June 2, 2005

VIA FIRST CLASS MAIL AND FACSIMILE (617-832-7000)

Gabriel M. Helmer
Foley & Hoag LLP
Seaport World Trade Center West
155 Seaport Blvd.
Boston, MA 02210-2600

RE: *Capital Records, Inc., et al. v. Fitzpatrick Civil Subpoena*

Dear Mr. Helmer:

Charter Communications ("Charter") is in receipt of a subpoena dated May 24, 2005 requesting information regarding the records of Jim Fitzpatrick. Charter is prohibited from identifying any records based on the information provided in the subpoena. In civil cases, Section 631 of the Cable Act, 47 U.S.C. §551, prohibits Charter from disclosing the records of any subscriber without the consent of the subscriber or a court order. *See In re Charter Communications, Inc., Subpoena Enforcement Matter*, 393 F.3d 771 (8th Cir. 2005).

Should you need to request additional records in the future, please be advised that Charter will be unable to respond unless you follow the provisions of Section 631.

Sincerely,

Christin S. McMeley
Chief Privacy Attorney and Senior Counsel, Litigation