UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>JIM FITZPATRICK,<br><br>      Defendant. | CIVIL ACTION No. 04-CV-40168 FDS |

**NOTICE OF DISMISSAL WITH PREJUDICE
WITH REGARD TO DEFENDANT JIM FITZPATRICK**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the above-captioned matter with regard to defendant Jim Fitzpatrick.

CAPITOL RECORDS, INC.; WARNER BROS.
RECORDS, INC.; ARISTA RECORDS, INC; BMG
MUSIC; SONY MUSIC ENTERTAINMENT, INC.;
and UMG RECORDINGS, INC.
By their attorneys,

/s/ Jocelyn L. Heyman
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
Jocelyn L. Heyman (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Dated: August 18, 2005          ATTORNEYS FOR PLAINTIFFS