UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; ARISTA RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>JIM FITZPATRICK,<br><br>     Defendant. | CIVIL ACTION No. 04-CV-40168 FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned matter should be dismissed with prejudice and without costs.

| | |
|---|---|
| CAPITOL RECORDS, INC., WARNER BROS. RECORDS, INC., ARISTA RECORDS, INC., BMG MUSIC, SONY MUSIC ENTERTAINMENT, INC., and UMG RECORDINGS, INC., | JIM FITZPATRICK, |
| By their attorneys, | By his attorney, |
| /s/ Jocelyn L. Heyman | /s/ Michael T. Gaffney |
| Colin J. Zick (BBO No. 556538)<br>Gabriel M. Helmer (BBO No. 652640)<br>Jocelyn L. Heyman (BBO No. 660240)<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 832-1000 | Michael T. Gaffney (BBO No. 651957)<br>390 Main Street, Suite 543<br>Worcester, MA 01608<br>(508) 770.1007<br><br>Dated: August 19, 2005 |